UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF                           Case No. 04-12603 ESL11

MARIA DE LOS ANGELES ORTIZ OTERO    Chapter 11

Debtor

PETITION FOR PAYMENT OF UNCLAIMED FUNDS

I, Héctor Gil de Rubio Maldonado, of legal age, retired, unmarried and resident of Guaynabo, Puerto Rico under penalty of perjury declare:

1.  That my name and personal circumstances are as above stated.

2.  That I am the debtor in case 04-12604 ESL11. This case is consolidated with the Chapter 11 case of my now ex-spouse, María de los Angeles Otero 04-12603ESL11.

3.  Both cases, 04-12604 (Héctor Gil de Rubio) and 04-12603 (María de los Angeles Ortiz) included in the Scheduled creditor Firstbank for the sum of $4167.00 for a total of 8,334.00. The inclusion of said debt was an error due to the fact that I paid said monies to Firstbank prior to the filing of the bankruptcy. Firstbank collected each month from my checking account at said bank from directly deposit Social Security benefits. This checking account had been opened before I married María de los Angeles Ortiz Otero.

4.  On 12/11/2007, Chapter 11 Trustee, Wigberto Lugo Mender, filed Report on Unclaimed Monies (docket 229) in case 04-12604 for the sum of $5,795.00 which included $4,167.00 for Firstbank. Same happened in case 04-12603 were Trustee filed Report on Unclaimed Monies (docket 204) for same amounts. These monies were deposited on each case on 12/17/2007 (docket # 232 in case 04-12604 and docket 207 in case 04-12603).

5. As I paid said debt from my privately own funds, I hereby claim the deposited unclaimed funds to the name of Firstbank, in case 04-12603 and case 04-12604.

6. Attached is copy of Firstbank statement that indicates no money is owed to Firstbank. Firstbank did not file any Proof of Claim with regard to these monies since it was not a creditor in these bankrupcty proceedings.

I solemny affirm, under penalty of perjury, that the above stated is true and correct.

WHEREFORE, for the above stated, the petitioner request that it enter an order directing payment of the unclaimed funds of Firstbank to the petitioner, in accordance with documents submitted in support of this petition.

In Bayamón, Puerto Rico, this 26th day of February, 2008.

*/signature/*
Héctor Gil de Rubio Maldonado
PO Box 2407
Guaynabo, Puerto Rico 00970
Tel: (787)366-7222
Email:hemigil1@yahoo.es

NOTICE OF RESPONSE TIME

Within twenty (20) days after service as evidenced by the certification - and an additional three days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail - any party whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropiate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed, unles: (1) the requested request is forbidden by law; (2) the requested relief is against public policyl or (3) in the opinion of the Court, the interest of justice otherwise requires.

Page 3 of 3

## CERTIFICATE OF SERVICE

The petitioner mailed a copy of this petition and all attachments to the **Office of the United States Attorney for the District of Puerto Rico**, at Torre Chardón Suite 1201, 350 Carlos Chardón Avenue, San Juan, Puerto Rico 00918 on this 26th. day of February, 2008 and to **FIRSTBANK**, PO BOX 9146, San Juan, Puerto Rico 00908-0146

Héctor Gil De Rubio Maldonado

**1First Bank**

8 de enero de 2008

Re: First Bank

Marza De Ortiz Otero
Y/o Hector Gil de Rubio

Señores:

Certificamos que la persona de referencia es cliente de nuestra Institución y que al día de hoy mantiene la(s) siguiente(s) cuenta(s):

| Tipo de Cuenta | Número | Balance | Balance Disp. |
|---|---|---|---|
| Cheque/ linea Resrva | 1302000711 | $0.00 | $0.00 |
| Acutalmente no aparece ninguan deuda | | | |

Esperamos que esta información sea de utilidad para usted.

Cordialmente,

Angela Maldonado Alicea
Sucusal Guaynabo
708-1111

NNNG-0386-0800   NNNS-0039-0501R

1519 Ponce de León Ave.; Stop 23
PO Box 9146
San Juan, PR 00908-0146

Telephone: (787) 729-8200
Telex: 325-2842 FBPR / 345-0645 FBPR