IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HECTOR GIL DE RUBIO MALDONADO

XXX-XX-7120

Debtor(s)

CASE NO. 04-12604 ESL

Chapter 11

FILED & ENTERED ON 03/20/2012

## AMENDED ORDER

The application for payment of unclaimed funds to claimant, filed by Hector Gil de Rubio, for the amount of $4,167.00 (docket entry #237) is hereby granted. See docket #242 attached.

SO ORDERED.

San Juan, Puerto Rico, this 20 day of March, 2012.

_____
Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR/ HECTOR GIL DE RUBIO
LYSSETTE A MORALES VIDAL
WIGBERTO LUGO MENDER
HECTOR GIL DE RUBIO
FINANCE DEPT.